DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHARA COOPER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-619

[June 30, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit; Caroline Shepherd, Judge; L.T. Case No. 502006CF4008.

Shara Cooper, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***